UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE S. MORGAN-GOMEZ,<br><br>　　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>　　　　　Defendant. | No. ED CV13-53-AS<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Memorandum Decision and Order.

Dated: December 20, 2013

　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE