1  Cyrus Safa
   Attorney at Law: 282971
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Michele S. Morgan-Gomez

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELE S. MORGAN-GOMEZ, | ) Case No.: 5:13-cv-00053-AS |
| Plaintiff, | ) {PROPOSED} ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-

1  IT IS ORDERED that fees and expenses in the amount of $3,500.00 as
2  authorized by 28 U.S.C. §§ 2412 and 1920, be awarded subject to the terms of the
3  Stipulation.
4  DATE: March 6, 2014

      _____/ s /_____
      THE HONORABLE ALKA SAGAR
      UNITED STATES MAGISTRATE JUDGE